UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| XUAN NGUEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1355-G |
| ) | |
| PAMELA BONDI, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

Before the Court is Petitioner's Motion for Leave to Exceed Page Limits for Reply. Doc. 17. For good cause shown, the motion is **GRANTED** and Petitioner shall file his reply on December 11, 2025.

**IT IS SO ORDERED** this 11th day of December, 2025.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE